UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEQUAN DOE,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                    Defendants. | 1:22-CV-7910 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff filed this *pro se* action electronically by emailing his complaint to the court's temporary e-filing mailbox. He has not, however, provided a postal address or submitted a consent to electronic service of court documents. By order dated September 16, 2022, the Court directed Plaintiff, within 30 days, to either pay the fees to bring this action or submit an *in forma pauperis* application. (ECF 2.) Because Plaintiff has not provided a postal address or submitted a consent to electronic service of court documents, and in light of Plaintiff's *pro se* status, the Court directs the Clerk of Court to email to Plaintiff notice of the Court's September 16, 2022, order (ECF 2) at the email address Plaintiff used to file this action.

SO ORDERED.

Dated:   September 19, 2022
            New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                  Chief United States District Judge