UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEQUAN DOE,<br><br>                           Plaintiff,<br><br>      -against-<br><br>THE CITY OF NEW YORK, ET AL,<br><br>                          Defendant. | 22-CV-7910 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 2, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 2, 2023
              New York, New York

                                                        /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                               Chief United States District Judge